No. 711. CONSOLIDATED ENGINEERING CORP. *v.* UNITED STATES. Court of Claims. Certiorari denied. *James B. Christie* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, Melvin Richter* and *William W. Ross* for the United States.

No. 717. WOOD, DOING BUSINESS AS 53RD STREET SUBWAY LIQUOR STORE, *v.* O'GRADY ET AL. Court of Appeals of New York. Certiorari denied. *Julius Kass* for petitioner. *Jacob Friedberg* and *Morris P. Glushien* for respondents.

No. 719. NILES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Hayden C. Covington* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 720. SCHNACKENBERG *v.* TOWLE. Supreme Court of Illinois. Certiorari denied. *George E. Hale* for petitioner. *John E. Cassidy* for respondent.

No. 726. WATTS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Sumner M. Redstone, H. D. Reed* and *Frank A. Bruno* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, John H. Mitchell, Joseph M. Howard* and *Harold S. Larsen* for the United States.

No. 730. ALKER *v.* FIDELITY-PHILADELPHIA TRUST CO., TRUSTEE, ET AL. C. A. 3d Cir. Certiorari denied. *A. D. Bruce, Harry J. Alker, Jr.* and *Francis E. Walter* for

940

petitioner. *Richard C. Bull, Thomas Raeburn White* and *Thomas B. K. Ringe* for respondents.

No. 712. JUNGERSEN *v.* AXEL BROS., INC. ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *Elliott L. Biskind* for petitioner. *John Vaughan Groner* for respondents.

No. 714. DICTOGRAPH PRODUCTS, INC. *v.* FEDERAL TRADE COMMISSION. C. A. 2d Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *Louis P. Haffer* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Charles F. Barber, Daniel M. Friedman, Earl W. Kintner* and *Robert B. Dawkins* for respondent.

No. 238, Misc. LOVEJOY *v.* SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied. Petitioner *pro se. John G. Fox,* Attorney General of West Virginia, and *T. D. Kauffelt,* Assistant Attorney General, for respondent.

No. 398, Misc. COLLINS *v.* HEINZE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Edmund G. Brown,* Attorney General of California, and *Doris H. Maier,* Deputy Attorney General, for Heinze, respondent.

No. 428, Misc. ORTEGA *v.* RAGEN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 532, Misc. POLLACK *v.* ASPBURY ET AL. C. A. 2d Cir. Certiorari denied.